UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| H.H. FRANCHISING SYSTEMS, INC. | ) | CASE NO. 1:10-CV-854 |
| | ) | |
| Plaintiff, | ) | Judge Michael R. Barrett |
| | ) | |
| -vs- | ) | |
| | ) | **AGREED JUDGMENT ENTRY** |
| VALERIE DOCKTER, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Plaintiff and Defendants, by and through counsel, agree to the entry of a Judgment against Defendants Valerie Dockter and Iagenia's Care, Inc. in the amount of $82,422.  Plaintiff agrees not to execute upon the Judgment unless Defendants default on their obligations set forth in the parties' executed Settlement Agreement and Mutual Release.  Should Defendants default, Plaintiff shall have the right to immediately pursue the remedies set forth in the executed Settlement Agreement and Mutual Release.

Defendants further agree that the counterclaims asserted by them against Plaintiff are dismissed with prejudice.

**IT IS SO ORDERED.**

s/ Michael R. Barrett
Michael R. Barrett, Judge
United States District Court

*/s/ Brian D. Goldwasser*
Brian D Goldwasser (0061926)
Attorney for Plaintiff


*/s/ Jason A. Mosbaugh*
Jason A. Mosbaugh (007736)
Attorney for Defendants

1